IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LUCAS BURWELL, et. al.,

                Plaintiff(s),

      v.

PORTLAND SCHOOL DISTRICT NO. 1J, et al.,

                Defendant(s).

Civil No. 03:19-cv-00385-JR

**JUDGMENT**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.  Pending motions, if any, are DENIED AS MOOT.

    Date: May 15, 2020

by _____
Karin J. Immergut
United States District Judge